UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW STEPHEN SHEPLER,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

CIVIL ACTION NO. 26 Civ. 5766 (AS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This social security action has been referred to the undersigned for a report and recommendation. (Dkt. No. 16). Pro se Plaintiff Matthew Stephen Shepler ("Mr. Shepler") has filed several exhibits to his complaint, exhibit lists with descriptions, and affidavits of service of those exhibits and exhibits lists on counsel for Defendant Commissioner of Social Security (the "Commissioner"). (Dkt. Nos. 12; 12-2–12-23; 17; 18; 19; 19-1–19-2; 20; 21; 21-1–21-2; 22; 22-1; 23). Although the Court received most of Mr. Shepler's exhibits and exhibit lists, his affidavit of service at Dkt. No. 18 states that "he electronically filed Exhibits T, U, and Exhibit List and Description of Documents [] through the pro se intake unit CM/ECF system/e-mail" and confirms service of those documents on the Commissioner's counsel. (Dkt. No. 18). The Court notes, however, that "Exhibits T, U, and Exhibit List and Description of Documents" do not appear on the docket.

By **October 5, 2026**, Mr. Shepler shall file "Exhibits T, U, and Exhibit List and Description of Documents" as stated on his affidavit of service at Dkt. No. 18. The Court appreciates

Mr. Shepler's cooperation with this Order to ensure that the Court has a complete record.

Dated: New York, New York
September 21, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**